UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHTEAD HOLDINGS INC.,

        Plaintiff,

  -against-

DE WELL CONTAINER SHIPPING, INC., et al.,

        Defendants.

22-CV-5326 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the parties' representation that this matter has been resolved, *see* Dkt. 661, *In re: One Apus Container Ship Incident on November 30, 2020*, 22-MD-3028, the settlement conference scheduled for September 26, 2024, is adjourned *sine die*.

Dated: New York, New York
       September 13, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**